MJP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 29 AM 10:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Isauro BIRRUETA-Rodriguez,** Defendant | Magistrate Docket No. '07 MJ 2529 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **October 18, 2007** within the Southern District of California, defendant, **Isauro BIRRUETA-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ~~22^th^~~ 29th DAY OF **OCTOBER, 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Isauro BIRRUETA-Rodriguez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 18, 2007 Senior Patrol Agent B. Nash was performing patrol duties near Boulevard, California. At approximately 1:00 PM agent Nash observed foot sign of a group of suspected illegal aliens across a road on the Hagen's Ranch. Hagen's Ranch is located approximately a mile and a half north of the US/Mexico border and approximately 20 miles east of the Port of Entry at Tecate, California. This large group of sign is indicative of illegal aliens traversing this area in an attempt to further their illegal entry into the United States. Illegal aliens have been apprehended in this area in the recent past.

Agent Nash followed the foot sign for approximately four hundred yards until he came upon a group of 15 people hiding under a Manzanita bush. Agent Nash identified himself as a Border Patrol Agent and queried them individually as to their immigration status. All of them, including the defendant, Isauro BIRRUETA-Rodriguez, admitted to being Mexican citizens illegally present in the United States. All were taken into service custody and transported them to Boulevard Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 2, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on October 20, 2007 at 9;30 a.m.**

Ismael A. canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 18, 2007,** in violation of Title **8**, United States Code, Section **1326**.

Barbara L. Major
United States Magistrate Judge

10/20/07 at 9:58am
Date/Time